**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02723-KAS

NORA MARITZA DE LA CRUZ HERNANDEZ,

      Petitioner,

v.

KELEI WALKER, Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, U.S. Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and
JOHNNY CHOATE, Warden of Aurora Detention Facility,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Orders [ECF 11 and13] entered by United States Magistrate Judge Kathryn A. Starnella on July 7, 2026, and July 17, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED IN PART. It is further

ORDERED that Petitioner is awarded her costs pursuant to D.C.COLO.LCivR 54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30 days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an

award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 17th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
H. Guerra, Deputy Clerk

2